# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: AMARO, VICTOR HUGO | §   Case No. 13-27917 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 11, 2013.  The undersigned trustee was appointed on July 11, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $          8,877.47

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 5.28 |
| Bank service fees | 270.18 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 8,602.01 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/02/2014 and the deadline for filing governmental claims was 01/02/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,637.75. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,637.75, for a total compensation of $1,637.75.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/21/2017            By: /s/THOMAS E. SPRINGER, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-27917  
**Case Name:** AMARO, VICTOR HUGO  

**Period Ending:** 11/21/17

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 07/11/13 (f)  
**§341(a) Meeting Date:** 08/12/13  
**Claims Bar Date:** 01/02/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  petitioner owns real estates residence located 1913 Mark Ave, Elgin IL 60123 | 150,000.00 | 0.00 | | 0.00 | FA |
| 2  cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 3  checking account at Chase | 500.00 | 0.00 | | 0.00 | FA |
| 4  Furniture, furnishings and supplies. | 300.00 | 0.00 | | 0.00 | FA |
| 5  Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6  Wedding band | 500.00 | 0.00 | | 0.00 | FA |
| 7  401K | 16,000.00 | 0.00 | | 0.00 | FA |
| 8  Possible refund for 2012 being reviewed by IRS. | Unknown | 8,877.47 | | 8,877.47 | FA |
| 9  2000 Nissan Altima 110,000 miles | 3,500.00 | 0.00 | | 0.00 | FA |
| 9  **Assets  Totals** (Excluding unknown values) | **$171,100.00** | **$8,877.47** | | **$8,877.47** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee sent a tax intercept letter to the IRS. No response or funds received. Debtor repaying estate for tax refund. A lump sum of $5,000 was paid when the Debtor got his tax refund from 2015 and is making monthly payments for the remaining amount of $3,877.47. The balance is currently $2,177.47 and the Debtor has agreed to repay the remaining balance when he gets his refund in 2017

**Initial Projected Date Of Final Report (TFR):**  June 15, 2014  **Current Projected Date Of Final Report (TFR):**  November 21, 2017 (Actual)

Printed: 11/21/2017 12:58 PM    V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-27917  
**Case Name:** AMARO, VICTOR HUGO  
**Taxpayer ID #:** **-***7196  
**Period Ending:** 11/21/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****927666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/15 | {8} | Victor H. Amaro | Turnover Tax Refund | 1124-000 | 5,000.00 | | 5,000.00 |
| 07/20/15 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 100.00 | | 5,100.00 |
| 08/27/15 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 100.00 | | 5,200.00 |
| 09/17/15 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 100.00 | | 5,300.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,290.00 |
| 10/20/15 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 100.00 | | 5,390.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,380.00 |
| 11/30/15 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 100.00 | | 5,480.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,470.00 |
| 12/22/15 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 100.00 | | 5,570.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,560.00 |
| 01/18/16 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 100.00 | | 5,660.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,650.00 |
| 02/19/16 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 100.00 | | 5,750.00 |
| 02/26/16 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #13-27917, Bond Premium | 2300-000 | | 2.95 | 5,747.05 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,737.05 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,727.05 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,717.05 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,707.05 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,697.05 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,687.05 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,677.05 |
| 09/28/16 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 700.00 | | 6,377.05 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,367.05 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,357.05 |
| 11/16/16 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 200.00 | | 6,557.05 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,547.05 |
| 12/28/16 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 200.00 | | 6,747.05 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,737.05 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.33 | 6,726.72 |
| 02/03/17 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2017 FOR CASE #13-27917, Bond #016073584 | 2300-000 | | 2.33 | 6,724.39 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,714.39 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,704.39 |

Subtotals : $6,900.00    $195.61

{} Asset reference(s)    Printed: 11/21/2017 12:58 PM    V.13.30

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-27917  
**Case Name:** AMARO, VICTOR HUGO  
**Taxpayer ID #:** **-***7196  
**Period Ending:** 11/21/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****927666 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,694.39 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.58 | 6,683.81 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,673.81 |
| 07/17/17 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 1,977.47 | | 8,651.28 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.41 | 8,640.87 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.66 | 8,627.21 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.99 | 8,615.22 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.21 | 8,602.01 |
| | | | **ACCOUNT TOTALS** | | 8,877.47 | 275.46 | **$8,602.01** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,877.47 | 275.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,877.47** | **$275.46** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****927666** | 8,877.47 | 275.46 | 8,602.01 |
| | **$8,877.47** | **$275.46** | **$8,602.01** |

{} Asset reference(s)

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 2, 2014

**Case Number:** 13-27917　　　　　　　　　　Page: 1　　　　　　　　　**Date:** November 21, 2017
**Debtor Name:** AMARO, VICTOR HUGO　　　　　　　　　　　　　　　　**Time:** 12:58:38 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $1,637.75 | $0.00 | 1,637.75 |
| ATTYFEES 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $1,950.00 | $0.00 | 1,950.00 |
| 1 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $5,277.73 | $0.00 | 5,277.73 |
| 2 610 | DexMedia fka DexOne fka<br>SuperMedia, Idearc Media,VerizonDirec,<br>Dallas, TX 75261 | Unsecured | | $7,485.84 | $0.00 | 7,485.84 |
| 3 610 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $5,406.58 | $0.00 | 5,406.58 |
| 4 610 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $6,137.67 | $0.00 | 6,137.67 |
| 5 610 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $5,930.00 | $0.00 | 5,930.00 |
| 6 610 | Prosper Marketplace Inc<br>101 Second St, 15th fl<br>San Francisco, CA 94105 | Unsecured | | $17,547.45 | $0.00 | 17,547.45 |
| << Totals >> | | | | 51,373.02 | 0.00 | 51,373.02 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                Exhibit D

Case No.: 13-27917
Case Name: AMARO, VICTOR HUGO
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:**                                  $        8,602.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                       $     8,602.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 1,637.75 | 0.00 | 1,637.75 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 1,950.00 | 0.00 | 1,950.00 |

Total to be paid for chapter 7 administration expenses:   $     3,587.75
Remaining balance:                                        $     5,014.26

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:                                            $     5,014.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:                      $     5,014.26

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 47,785.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 5,277.73 | 0.00 | 553.81 |
| 2 | DexMedia fka DexOne fka | 7,485.84 | 0.00 | 785.51 |
| 3 | eCAST Settlement Corporation, assignee | 5,406.58 | 0.00 | 567.33 |
| 4 | eCAST Settlement Corporation, assignee | 6,137.67 | 0.00 | 644.05 |
| 5 | eCAST Settlement Corporation, assignee | 5,930.00 | 0.00 | 622.25 |
| 6 | Prosper Marketplace Inc | 17,547.45 | 0.00 | 1,841.31 |

Total to be paid for timely general unsecured claims:   $   5,014.26
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**