UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **VICTOR HUGO AMARO,** | ) | Bankruptcy No. 13-27917 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 18, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

STEPHEN J COSTELLO
COSTELLO & COSTELLO
19 N WESTERN AVE RT 31
Carpentersville, IL 60110

**VIA REGULAR MAIL**

VICTOR HUGO AMARO
1913 MARK AVE
ELGIN, IL 60123

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

DexMedia fka DexOne fka SuperMedia, Idearc Media,VerizonDirec,
2200 W. Airfield Dr.
Dallas, TX 75261

eCAST Settlement Corporation, assignee
of Chase Bank USA, N.A.
POB 29262
New York, NY 10087-9262

Prosper Marketplace Inc
101 Second St, 15th Floor
San Francisco, CA 94105

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000