# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: AMARO, VICTOR HUGO | § | Case No. 13-27917 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $171,100.00<br>*(without deducting any secured claims)* | Assets Exempt: $37,600.00 |
| Total Distribution to Claimants: $5,014.26 | Claims Discharged<br>Without Payment: $42,771.01 |
| Total Expenses of Administration: $3,863.21 | |

3) Total gross receipts of $    8,877.47    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $8,877.47 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,863.21 | 3,863.21 | 3,863.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 47,785.27 | 47,785.27 | 5,014.26 |
| **TOTAL DISBURSEMENTS** | $0.00 | $51,648.48 | $51,648.48 | $8,877.47 |

4)  This case was originally filed under Chapter 7 on July 11, 2013. The case was pending for 58 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/24/2018            By:  /s/THOMAS E. SPRINGER
                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible refund for 2012 being reviewed by IRS. | 1124-000 | 8,877.47 |
| **TOTAL GROSS RECEIPTS** | | $8,877.47 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 1,637.75 | 1,637.75 | 1,637.75 |
| Attorney for Trustee Fees (Trustee Firm) - SPRINGER BROWN, LLC | 3110-000 | N/A | 1,950.00 | 1,950.00 | 1,950.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 2.95 | 2.95 | 2.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.33 | 2.33 | 2.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.33 | 10.33 | 10.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.58 | 10.58 | 10.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.41 | 10.41 | 10.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.66 | 13.66 | 13.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.99 | 11.99 | 11.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.21 | 13.21 | 13.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,863.21** | **$3,863.21** | **$3,863.21** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 5,277.73 | 5,277.73 | 553.81 |
| 2 | DexMedia fka DexOne fka | 7100-000 | N/A | 7,485.84 | 7,485.84 | 785.51 |
| 3 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 5,406.58 | 5,406.58 | 567.33 |
| 4 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 6,137.67 | 6,137.67 | 644.05 |
| 5 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 5,930.00 | 5,930.00 | 622.25 |
| 6 | Prosper Marketplace Inc | 7100-000 | N/A | 17,547.45 | 17,547.45 | 1,841.31 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $47,785.27 | $47,785.27 | $5,014.26 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 13-27917 | **Trustee:** (330640) THOMAS E. SPRINGER |
| **Case Name:** AMARO, VICTOR HUGO | **Filed (f) or Converted (c):** 07/11/13 (f) |
| | **§341(a) Meeting Date:** 08/12/13 |
| **Period Ending:** 04/24/18 | **Claims Bar Date:** 01/02/14 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>(Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | petitioner owns real estates residence located 1913 Mark Ave, Elgin IL 60123 | 150,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 3 | checking account at Chase | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture, furnishings and supplies. | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding band | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 401K | 16,000.00 | 0.00 | | 0.00 | FA |
| 8 | Possible refund for 2012 being reviewed by IRS. | Unknown | 8,877.47 | | 8,877.47 | FA |
| 9 | 2000 Nissan Altima 110,000 miles | 3,500.00 | 0.00 | | 0.00 | FA |
| **9** | **Assets**   **Totals** (Excluding unknown values) | **$171,100.00** | **$8,877.47** | | **$8,877.47** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee sent a tax intercept letter to the IRS.  No response or funds received.  Debtor repaying estate for tax refund.  A lump sum of  $5,000 was paid when the Debtor got  his tax refund from 2015 and is making monthly payments for the remaining amount of $3,877.47.   The balance is currently $2,177.47 and the Debtor has agreed to repay the remaining balance when he gets his refund in 2017

**Initial Projected Date Of Final Report (TFR):**    June 15, 2014         **Current Projected Date Of Final Report (TFR):**    November 21, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case Number:** | 13-27917 | |
| **Case Name:** | AMARO, VICTOR HUGO | |
| **Taxpayer ID #:** | **-***7196 | |
| **Period Ending:** | 04/24/18 | |

| | |
|---|---|
| **Trustee:** | THOMAS E. SPRINGER (330640) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****927666 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/15 | {8} | Victor H. Amaro | Turnover Tax Refund | 1124-000 | 5,000.00 | | 5,000.00 |
| 07/20/15 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 100.00 | | 5,100.00 |
| 08/27/15 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 100.00 | | 5,200.00 |
| 09/17/15 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 100.00 | | 5,300.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,290.00 |
| 10/20/15 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 100.00 | | 5,390.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,380.00 |
| 11/30/15 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 100.00 | | 5,480.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,470.00 |
| 12/22/15 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 100.00 | | 5,570.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,560.00 |
| 01/18/16 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 100.00 | | 5,660.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,650.00 |
| 02/19/16 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 100.00 | | 5,750.00 |
| 02/26/16 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #13-27917, Bond Premium | 2300-000 | | 2.95 | 5,747.05 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,737.05 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,727.05 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,717.05 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,707.05 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,697.05 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,687.05 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,677.05 |
| 09/28/16 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 700.00 | | 6,377.05 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,367.05 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,357.05 |
| 11/16/16 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 200.00 | | 6,557.05 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,547.05 |
| 12/28/16 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 200.00 | | 6,747.05 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,737.05 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.33 | 6,726.72 |
| 02/03/17 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2017 FOR CASE #13-27917, Bond #016073584 | 2300-000 | | 2.33 | 6,724.39 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,714.39 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,704.39 |

Subtotals :                 $6,900.00          $195.61

Exhibit 9

# **Form 2**

## **Cash Receipts And Disbursements Record**

Page: 2

| | |
|---|---|
| **Case Number:** 13-27917 | |
| **Case Name:** AMARO, VICTOR HUGO | |
| | |
| **Taxpayer ID #:** **-***7196 | |
| **Period Ending:** 04/24/18 | |

| | |
|---|---|
| **Trustee:** | THOMAS E. SPRINGER (330640) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****927666 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,694.39 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.58 | 6,683.81 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,673.81 |
| 07/17/17 | {8} | Victor H. Amaro | Installment payment | 1124-000 | 1,977.47 | | 8,651.28 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.41 | 8,640.87 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.66 | 8,627.21 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.99 | 8,615.22 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.21 | 8,602.01 |
| 02/13/18 | 103 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $1,637.75, Trustee Compensation;  Reference: | 2100-000 | | 1,637.75 | 6,964.26 |
| 02/13/18 | 104 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $1,950.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,950.00 | 5,014.26 |
| 02/13/18 | 105 | Discover Bank | Dividend paid  10.49% on $5,277.73; Claim# 1; Filed: $5,277.73; Reference: | 7100-000 | | 553.81 | 4,460.45 |
| 02/13/18 | 106 | DexMedia fka DexOne fka | Dividend paid  10.49% on $7,485.84; Claim# 2; Filed: $7,485.84; Reference: | 7100-000 | | 785.51 | 3,674.94 |
| 02/13/18 | 107 | eCAST Settlement Corporation, assignee | Dividend paid  10.49% on $5,406.58; Claim# 3; Filed: $5,406.58; Reference: | 7100-000 | | 567.33 | 3,107.61 |
| 02/13/18 | 108 | eCAST Settlement Corporation, assignee | Dividend paid  10.49% on $6,137.67; Claim# 4; Filed: $6,137.67; Reference: | 7100-000 | | 644.05 | 2,463.56 |
| 02/13/18 | 109 | eCAST Settlement Corporation, assignee | Dividend paid  10.49% on $5,930.00; Claim# 5; Filed: $5,930.00; Reference: | 7100-000 | | 622.25 | 1,841.31 |
| 02/13/18 | 110 | Prosper Marketplace Inc | Dividend paid  10.49% on $17,547.45; Claim# 6; Filed: $17,547.45; Reference: | 7100-000 | | 1,841.31 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,877.47 | 8,877.47 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,877.47 | 8,877.47 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,877.47** | **$8,877.47** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 13-27917 |
| **Case Name:** | AMARO, VICTOR HUGO |
| **Taxpayer ID #:** | **-***7196 |
| **Period Ending:** | 04/24/18 |

| | |
|---|---|
| **Trustee:** | THOMAS E. SPRINGER (330640) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****927666 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****927666** | 8,877.47 | 8,877.47 | 0.00 |
| | $8,877.47 | $8,877.47 | $0.00 |

{} Asset reference(s)